IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSA CASTELLANOS**<br><br>      **Plaintiff,**<br><br> v.<br><br>**WEBSTER & SONS TRUCKING, INC.,**<br><br>**&**<br><br>**ALEX WEBSTER**<br><br>**&**<br><br>**TATIANA WEBSTER**<br><br>      **Defendants.** | **Case No. 1:20-cv-457** |

## STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties in the above-captioned action, that no party is an infant or incompetent and that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's complaint and all the claims asserted or that could have been asserted by Plaintiff in this action are hereby dismissed with prejudice, with each party responsible for its own costs and fees.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in the event of a breach, and a claim of breach may be asserted by motion to enforce the agreement.

Dated: July 17, 2020

By: _/s/ Matthew Handley_____  
Matthew K. Handley, D.C. Bar No. 489946  
HANDLEY FARAH & ANDERSON PLLC  
777 6th Street NW, Eleventh Floor  
Washington, DC 20001  
Phone: (202) 559-2411  
Email: mhandley@hfajustice.com

___/s/ J. Andrew Baxter_____  
J. Andrew Baxter, D.C. Bar No. 996095  
General Counsel, P.C.  
6849 Dominion Drive, Suite 220  
McLean, Virginia 22101  
Phone: (703) 556-0411  
Email: abaxter@gcpc.com

So Ordered,

_____  
Judge Trevor McFadden  
United States District Court Judge

Date: _____

## CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of July 2020, a copy of this Stipulation of Dismissal was filed via the court's CM/ECF system, which will serve it on all counsel of record in this matter.

                                                       /s/ Matthew K. Handley _____
                                                       Matthew K. Handley